# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOOKER SCC, LLC; BOSSIER
SCC, LLC; BRADFORD SCC, LLC;
COLONIAL SCC, LLC; RUSTON
SCC, LLC; NORMANDIE SCC,
LLC; SHREVEPORT SCC, LLC;
AND SPRINGLAKE SCC, LLC

VERSUS

DR. COURTNEY N. PHILLIPS, IN
HER OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF HEALTH

NO.  2025 CW 0921

DECEMBER 11, 2025

---

In Re:  Louisiana Department of Health, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 713,601.

---

**BEFORE:  THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The portion of the
trial court's July 22, 2025 judgment, which held that it is the
burden of the Louisiana Department of Health "to establish by a
preponderance of the evidence its defense of lack of authorization"
for settlement is hereby vacated. A summary judgment may be
rendered or affirmed only as to those issues set forth in the
motion under consideration by the court at that time. La. Code
Civ. P. art. 966(F). Plaintiffs' motion for partial summary
judgment specifically sought only dismissal of the Louisiana
Department of Health's "affirmative defense of Michelle
Christopher's lack of settlement authority" with prejudice. In all
other respects, the writ is denied.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT